PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
JAMES BONINI
CLERK

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:89CR00154 |
| DOCKET NUMBER *(Rec. Court)* | 07-PT-348-TFH |

2007 FEB 14 P 1:30

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Dwayne E. Head | DISTRICT Southern District of Ohio | DIVISION Eastern Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable George C. Smith United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 14, 2006 | TO November 13, 2011 |

OFFENSE
Possession With Intent to Distribute Cocaine Base. 21.841(a)(1)(B)(iii)

FILED
FEB - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"Southern District of Ohio"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/13/06
Date

*signature*
United States District Judge
Honorable George C. Smith

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **District of Columbia**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Feb. 5, 2007
Effective Date

*signature*
United States District Judge

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By *signature*
Deputy Clerk